## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Trustees of the Cement Masons Pension Fund,
Local 502, et al.

                                       Plaintiff,

v.
                                             Case No.: 1:10–cv–04471
                                             Honorable George M. Marovich

Lonnie Dantzler

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2011:

      MINUTE entry before Honorable George M. Marovich: Plaintiffs motion for default judgment in sum certain [9] is withdrawn. Order of default is vacated. Defendant is given to 4/12/2011 to answer or otherwise plead. Status hearing reset to 5/17/2011 at 11:00 a.m. All parties shall comply with Judge Marovich's requirements for the initial appearance as outlined in Judge Marovich's case management procedures located at: www.ilnd.uscourts.gov. The parties shall deliver a copy of the initial status report to the Courtroom Deputy (Room 2244A) by 5/10/2011.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.