**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CEMENTMASONS PENSION FUND, LOCAL 502, TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINGIN FUND; LOCAL 502 <br><br> and <br><br> TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803, TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINGIN FUND; LOCAL 803 <br><br> v. <br><br> LONNIE DANTZLER, individually & d/b/a D and B CONSTRUCTION. <br><br>          Defendant. | NO. 10 C 4471 <br><br> JUDGE <br><br> MAGISTRATE Judge |

**DEFENDANTS' ANSWER TO COMPLAINT**

NOW COMES, LONNNIE DANTZLER, individually and db/a D & B CONSTRUCTION., **a Sole Proprietorship** (the "defendants") by and through their attorney **WILLIAM E. JAMISON, JR**., and hereby answer the Plaintiffs" Complaint as follows:

## COUNT I

**ANSWER PARAGRAPH NO. 1:**

Defendants admit the allegations as alleged in subparagraph (a)

Defendants admit the allegations as alleged in subparagraph (b)

**ANSWER PARAGRAPH NO. 2:**

Defendants admit the allegations contained in paragraph (2)

**ANSWER PARAGRAPH NO. 3:**

Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in subparagraph (a).

Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph (b).

Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph (c).

**ANSWER PARAGRAPH NO. 4:**

Defendant admits the allegations contained in paragraph (4)

**ANSWER PARAGRAPH NO. 5:**

Defendant, Lonnie Dantzler admits the allegations contained in paragraph (5).

**ANSWER PARAGRAPH NO.6**:

Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in (6).

**ANSWER PARAGRAPH NO. 7:**

Defendants admit that it is required to make contributions to the fund on behalf of its employees and Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations remaining in paragraph (7).

**ANSWER PARAGRAPH NO. 8**:

Defendant denies the allegations contained in paragraph (8)

**WHEREFORE**, Defendant, D & B Construction, d/b/a Lonnie Dantzler and pray plaintiff complaint be dismissed or in the alternative that the plaintiffs be ordered to submit an itemized accounting for amount alleged due.

        By: s/ William E. Jamison, Jr.
           William E. Jamison, Jr.
           Attorney for Defendant
           815 W. Van Buren
           Suite # 321
           Chicago, IL 60607
           (312) 226 – 8500/ (312) 226 - 8531 (fax)
           wjami39246@aol.com

## CERTIFICATE OF SERVICE

I, William E. Jamison, Jr., an attorney, state that on this 12th day of April, 2011 he served this Answer on the Plaintiff via the courts electronic notification.

        s/William E. Jamison, Jr.
        William E. Jamison, Jr.
        Attorney for Defendant
        815 W. Van Buren
        Suite # 321
        Chicago, IL 60607
        (312) 226 – 8500/ (312) 226 - 8531 (fax)
        wjami39246@aol.com