# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Trustees of the Cement Masons Pension Fund, Local 502, et al.

Plaintiff,

v.

Case No.: 1:10–cv–04471
Honorable George M. Marovich

Lonnie Dantzler

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2012:

MINUTE entry before Honorable George M. Marovich:Status hearing held on 1/31/2012. Plaintiffs are to file their documents in support of prove up by 2/17/2012. Prove Up reset to 2/28/2012 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.