## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) ) ) | No. 10 C 4471 |
| and | ) ) | Judge Marovich |
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 803; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 803, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Lonnie Dantzler, Individually and d/b/a D and B Construction, | ) ) ) | |
| Defendant. | ) ) | |

### **NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against

Defendant, Lonnie Dantzler, Individually and d/b/a D and B Construction without prejudice

pursuant to provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        **ARNOLD AND KADJAN**

        <u>s/Donald D. Schwartz</u>
        Donald D. Schwartz
        Attorney for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, IL 60601
Telephone: (312) 236-0415
Telecopier: (312) 341-0438

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 9th day of July 2012, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by regular mail.

> Lonnie Dantzler, Individually
> and d/b/a D and B Construction
> 400 West 76th Street
> Chicago, IL 60620

> s/Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, IL 60601
Telephone: (312) 236-0415
Telecopier: (312) 341-0438